UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEN MOOREHEAD,  )
             Plaintiff(s),  )   No. C 09-2763 BZ
   v.  )   **ORDER OF DISMISSAL**
JOHN DOE,  )
             Defendant(s).  )

On June 22, 2009, *pro se* plaintiff Ken Moorehead ("plaintiff"), filed a complaint seeking relief from an unidentified defendant, and applied to proceed *in forma pauperis*, pursuant to 28 U.S.C. § 1915(a).[1]  By order dated July 28, 2009, plaintiff's application to proceed *in forma pauperis* was granted; however, plaintiff's complaint was dismissed with leave to amend on the grounds that the complaint failed to allege facts sufficient to state a claim on which relief may be granted.

---

[1] Plaintiff has consented to my jurisdiction for all proceedings including entry of final judgment, pursuant to 28 U.S.C. § 636(c).

1

1   Plaintiff's amended complaint was due August 28, 2009.
2  Plaintiff has not filed an amended complaint, nor has he asked
3  the Court to continue the August 28, 2009 deadline.  Pursuant
4  to 28 U.S.C. 1915(e)(2)(B) and Fed. R. Civ. Proc. Rule 41(b),
5  and for the reasons stated in my July 28, 2009 Order,
6  plaintiff's complaint is **DISMISSED** with prejudice.
7  Dated: September 9, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\MOOREHEAD v. DOE\ORD DISMISSING COMPLAINT.wpd