UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

```
KEN MOOREHEAD,              )
                            )
        Plaintiff(s),       )    No. C 09-2763 BZ
                            )
    v.                      )    JUDGMENT
                            )
JOHN DOE,                   )
                            )
        Defendant(s).       )
                            )
```

Having issued an Order of Dismissal, **IT IS ORDERED** that plaintiff recover nothing and that this action is **DISMISSED**.

Dated: September 9, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\MOOREHEAD v. DOE\JUDGMENT.wpd

1